Carla M. JENNINGS

v.

STATE.

No. 1401–88.

Court of Criminal Appeals of Texas.
En Banc.

Jan. 31, 1990.

BERCHELMANN, Judge.

On appellant's petition for discretionary review: judgment of the Court of Appeals affirmed.

CAMPBELL, J., concurs in the result.

CLINTON, TEAGUE and DUNCAN, JJ., dissent.

Ex Parte Ernest Leo JENKINS, Jr.

No. 0844–89.

Court of Criminal Appeals of Texas,
En Banc.

Feb. 21, 1990.

On appellant's petition for discretionary review: petition dismissed.

TEAGUE and WHITE, JJ., not participating.

Edward Carl WATLEY

v.

STATE

No. 0639–89.

Court of Criminal Appeals of Texas,
En Banc.

March 21, 1990.

On appellant's petition for discretionary review: judgments of the trial court and Court of Appeals affirmed.

McCORMICK, P.J., concurs in the result.

TEAGUE, J., dissents.

Jose Louis PEREZ

v.

STATE.

No. 0346–89.

Court of Criminal Appeals of Texas,
En Banc.

May 9, 1990.

On appellant's petition for discretionary review: petition dismissed as improvidently granted.

McCORMICK, P.J., concurs in the result.

TEAGUE, J., dissents.

CLINTON, J., dissents with note.

STURNS, J., not participating.